## LATONE JAMES *v.* COMMISSIONER OF CORRECTION

The petitioner LaTone James' petition for certification for appeal from the Appellate Court, 88 Conn. App. 554 (AC 25069), is denied.

*Gennaro Bizzarro,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided June 2, 2005

## ACMAT CORPORATION *v.* GREATER NEW YORK MUTUAL INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 471 (AC 25099), is denied.

*Joel M. Fain* and *Trenton C. Haas,* in support of the petition.

*John C. Pitblado* and *John W. Lemega,* in opposition.

Decided June 2, 2005

## STATE OF CONNECTICUT *v.* ARNOLD PAYNE

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 656 (AC 25215), is denied.